IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR12-00553 YGR |
| ) Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER CONTINUING STATUS |
| ) | DATE; EXCLUSION OF TIME |
| ) | |
| BOOKER ROSS, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case with respect to Booker Ross, currently scheduled for Thursday, September 27, 2012, at 2:00 p.m. before Honorable Yvonne Gonzalez Rogers, may be continued to Thursday, October 4, 2012, at 2:00 p.m. for status. The reason for the continuance is that the parties are continuing to exchange discovery and discuss the appropriate resolution. In addition, government counsel is unavailable on September 27, 2012. A continuance will allow the parties to complete the exchange of discovery, for defense counsel to meet with Mr. Ross and review the materials and for both parties to be present.

The parties therefore stipulate that the time from September 27, 2012, to October 4, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) for adequate preparation of counsel so that the parties can complete the review

of discovery and counsel can review the evidence with Mr. Ross prior to court.

DATED: 9/26/12    /s/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 9/26/12    /s/
WADE RHYNE
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case with respect to Booker Ross, currently scheduled for Thursday, September 27, 2012, at 2:00 p.m. is continued to Thursday, October 4, 2012, at 2:00 p.m. for status.

IT IS FURTHER ORDERED that the time from September 27, 2012, to October 4, 2012, is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) for adequate preparation of counsel and continuity so the parties can complete the exchange of discovery and counsel can review the evidence with Mr. Ross prior to court.  The Court finds that there is good cause and that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

**IT IS SO ORDERED**.

DATED: September 26, 2012

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge