STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant BOOKER ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BOOKER ROSS, Defendant. | No. CR12-00553 YGR<br><br>STIPULATION AND ORDER CONTINUING STATUS DATE; EXCLUSION OF TIME |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date, currently scheduled for Thursday, March 7, 2013, at 2:00 p.m. before Honorable Yvonne Gonzalez Rogers, may be continued to Thursday, April 4, 2013, at 2:00 p.m. for status. Defense counsel has obtained and reviewed all of Mr. Ross's mental health records and has consulted with a psychologist regarding these records. The requested continuance will enable defense counsel to meet with Mr. Ross and obtain additional information from him in order to resolve whether a mental health examination is appropriate and to continue discussions with the government regarding resolution.

The parties stipulate that the time from March 7, 2013, to April 4, 2013, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) for adequate

preparation of counsel so that the counsel can meet with Mr. Ross and determine whether a mental health examination is needed and to continue discussions with the government regarding resolution.

DATED: 3/6/13

/s/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 3/6/13

/s/
WADE RHYNE
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case is continued to Thursday, April 4, 2013, at 2:00 p.m. for status.

IT IS FURTHER ORDERED that the time from March 7, 2013, to April 4, 2013, is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) for adequate preparation of counsel so that counsel can meet with Mr. Ross and resolve whether a mental health examination is appropriate as well as continuing discussions with the government regarding resolution. The Court finds there is good cause and the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: March 6, 2013

HON. YVONNE GONZALEZ ROGERS
United States District Judge